JEROME BAYON *v.* JAMES WALKER BREEDLOVE and others.

A sheriff has a right to retain possession of property sold by him, during the pendency of a rule to show cause why the sale should not be set aside.

APPEAL from the District Court of the First District, *Buchanan*, J.

*T. J. Cooley*, for the appellants. No counsel appeared for the appellees.

BULLARD, J. The intervenors, Lawrence and Hill, are appellants from a judgment refusing to award to them damages against the sheriff, for the illegal detention of a printing establishment sold by him in this case, and purchased by them. The defence is, that a rule was taken to show cause why the sale should not be set aside for irregularities, and that, pending the rule, he was not bound to deliver the property. The record shows that, soon after the rule was discharged, the press was delivered. Pending the rule, he was justified in retaining possession. He appears to have acted in good faith, and no particular damages are shown ; nor does he appear to have been put in default, after the discharge of the rule.

*Judgment affirmed.*